

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-07-00231-CV

---

KRISHNABABU CHUNDURI, M.D.                                    APPELLANT

V.

ROBERT GENE CUNNINGHAM,                                        APPELLEES
INDIVIDUALLY AND AS
REPRESENTATIVE OF THE
ESTATE OF PATRICIA MAUDINE
CUNNINGHAM, DECEASED,
ROBIN LEE CUNNINGHAM
BISHOP, AND TRACY JEANNE
CUNNINGHAM LANG

AND

ROBERT GENE CUNNINGHAM,                                        APPELLANTS
INDIVIDUALLY AND AS
REPRESENTATIVE OF THE
ESTATE OF PATRICIA MAUDINE
CUNNINGHAM, DECEASED,
ROBIN LEE CUNNINGHAM
BISHOP, AND TRACY JEANNE
CUNNINGHAM LANG

V.

LADI O.M. HAROONA, M.D.                                        APPELLEE

------------

### FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

------------

# MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellant Krishnababu Chunduri, M.D.'s "Unopposed Motion To Dismiss Appeal With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of Appellant Krishnababu Chunduri, M.D. with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). The remainder of this case remains pending and shall hereafter be styled "Robert Gene Cunningham, Individually and as Representative of the Estate of Patricia Maudine Cunningham, Deceased, Robin Lee Cunningham Bishop, and Tracy Jeanne Cunningham Lang v. Ladi O.M. Haroona, M.D."

Costs of the appeal of Krishnababu Chunduri, M.D. shall be borne by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GARDNER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  July 28, 2011

---

[1]*See* Tex. R. App. P. 47.4.

2